*William Solomon* for appellants.

*Joab H. Banton, District Attorney (Felix C. Benvenga* of counsel), for respondent.

Judgment in each case affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THOMAS P. FORD et al., Doing Business under the Firm Name of FORD & ENOS, Appellants, *v.* CLINTON SNOOK, Respondent.

*Stocks and stockholders — dividends — stock sold prior to closing of books for payment of dividend but not transferred on books until after that date — former owner entitled to dividend declared before date of sale.*

*Ford v. Snook,* 205 App. Div. 194, affirmed.

(Argued April 2, 1925; decided May 5, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 22, 1923, reversing a judgment in favor of plaintiffs entered upon a verdict directed by the court and granting a new trial. The action was to recover the amount of a dividend on stocks sold by plaintiffs for defendant's account. Defendant delivered the stock to plaintiffs for sale March 18, and it was sold on that day. Prior thereto a dividend had been declared on the stock payable on the first day of April to holders of stock shown by the books at the close of business on March 20. The stock was not transferred on the books until after that date and defendant received the dividend. The Appellate Division held that it was his property and that plaintiffs could not recover.

*Oliver D. Burden* for appellants.

*D. Charles O'Brien* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: CARDOZO and LEHMAN, JJ.